Stephen D. Weisskopf, Esq. (State Bar No. 213596)
Christopher E. Stiner, Esq. (State Bar No. 276033)
LEVATOLAW, LLP
2029 Century Park East, Suite 2910
Los Angeles, California 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Attorneys for Plaintiff
TORTILLA FACTORY, LLC

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORTILLA FACTORY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH-ADE LLC, a Delaware limited liability company; et al.,<br><br>Defendants. | CASE NO. 2:17-CV-09090-AWF-AFM<br><br>*[Hon. Michael W. Fitzgerald]*<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT HEALTH-ADE WITH PREJUDICE AND WAIVE COSTS**<br><br>Complaint Filed: December 19, 2017<br>Trial Date: No Date Set |

## ORDER

The Stipulation to Dismiss Defendant Health-Ade with Prejudice and Waive Costs is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: October 16 ,2018

_____
MICHAEL W. FITZGERALD
United States District Judge